IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02210-BNB

DANA L. OLSON,

Plaintiff,

v.

COLORADO DEPT. OF LABOR, and
COLORADO DIVISION OF VOCATIONAL REHABILITATION,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Dana L. Olson initiated this action by filing two *pro se* pleadings including one titled, "Motion to Proceed In Pamporous [sic]," and another titled, "Title II Case." On October 10, 2008, Magistrate Judge Boyd N. Boland entered an order, in which he directed the Clerk of the Court to commence a civil action and instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file the Complaint on a proper Court-approved form used in filing *pro se* civil complaints and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff also was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 29, 2008, Mr. Olson submitted a § 1915 Motion and Affidavit. He, however, failed to file his claims on a Court-approved form. Plaintiff, therefore, has failed to cure all of the identified deficiencies within the time allowed. The Complaint

and the action will be dismissed without prejudice for failure to cure all deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02210-BNB

Dana L. Olson
HC-35 Box 5438
Wasilla, AK 99654

Dana L. Olson
c/o Robert Anderson
2823 Gateway Drive
Loveland, CO 80537

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk